# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3287
_____

THE FLORIDA DEPARTMENT OF
CORRECTIONS/DIVISION OF RISK
MANAGEMENT,

     Appellant,

     v.

JOHN BANNON,

     Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident:  October 13, 2020.

March 20, 2026

PER CURIAM.

     AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tracey J. Hyde of McConnaughhay, Coonrod, Weaver, & Stern, P.A., Panama City, P.A., for Appellant.

Randall T. Porcher of Morgan and Morgan, Tallahassee, for Appellee.